

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00209-CV

Candelaria **GARCIA**,
Appellant

v.

**STATE FARM LLOYDS** and Sylvia Garza,
Appellees

From the County Court at Law, Starr County, Texas
Trial Court No. CC-15-106
Honorable Romero Molina, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees State Farm Lloyds and Sylvia Garza recover their costs of this appeal from appellant Candelaria Garcia.

SIGNED December 14, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice